FILED
DEC 1 8 2007　gmr
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 14, 2007

U.S. District Court, Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

07CV7145
JUDGE NORGLE
MAGISTRATE JUDGE MASON

RE: CV 07-05054 CRB  ALERE MEDICAL, INC-v-HEALTH HERO NETWORK, INC.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

FILED
DEC 1 8 2007
DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely,
RICHARD W. WIEKING, Clerk

by: Maria Loo
Case Systems Administrator

Enclosures
Copies to counsel of record

ADRMOP, AO279, CLOSED, E-Filing, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-05054-CRB
### Internal Use Only

| | |
|---|---|
| Alere Medical, Inc. v. Health Hero Network, Inc. | Date Filed: 10/01/2007 |
| Assigned to: Hon. Charles R. Breyer | Date Terminated: 12/12/2007 |
| Cause: 35:145 Patent Infringement | Jury Demand: Both |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Alere Medical, Inc.**   represented by   **Patrick T. Weston**
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303-2223
650-849-4400
Fax: 650-849-4800
Email: patrick.weston@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha L Reardon**
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303
650-849-4906
Fax: 650-849-4800
Email: samantha.reardon@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Frederick Abrams**
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 94303
650-849-4400
Fax: 650-849-4800
Email: william.abrams@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

FILED
DEC 1 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By_____
Deputy Clerk
Date _____

V.

**Defendant**

| | | |
|---|---|---|
| **Health Hero Network, Inc.** | represented by | **Michael A. Ladra**<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Pao Alto, CA 94304-1050<br>415/493-9300<br>Email: mladra@wsgr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stefani Elise Shanberg**<br>Wilson Sonsini Goodrich & Rosati P.C.<br><br>650 Page Mill Road<br>Palo Alto, CA 94304<br>650-493-9300<br>Fax: 650-565-5100<br>Email: sshanberg@wsgr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter-claimant**

| | | |
|---|---|---|
| **Health Hero Network, Inc.** | represented by | **Michael A. Ladra**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stefani Elise Shanberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter-defendant**

| | | |
|---|---|---|
| **Alere Medical, Inc.** | represented by | **Patrick T. Weston**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Samantha L Reardon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **William Frederick Abrams**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2007 | 1 | COMPLAINT /issued summons against Health Hero Network, Inc. ( Filing fee $ 350, receipt number 54611001792.). Filed byAlere Medical, Inc.. (ga, COURT STAFF) (Filed on 10/1/2007) Additional attachment(s) added on 10/18/2007 (ga, COURT STAFF). (Entered: 10/04/2007) |
| 10/01/2007 | 2 | Certificate of Interested Entities by Alere Medical, Inc. (ga, COURT STAFF) (Filed on 10/1/2007) Additional attachment(s) added on 10/18/2007 (ga, COURT STAFF). (Entered: 10/04/2007) |
| 10/01/2007 | 3 | NOTICE OF PENDENCY by Alere Medical, Inc. (ga, COURT STAFF) (Filed on 10/1/2007) Additional attachment(s) added on 10/18/2007 (ga, COURT STAFF). (Entered: 10/04/2007) |
| 10/01/2007 | 4 | ADR SCHEDULING ORDER: Case Management Statement due by 1/3/2008. Case Management Conference set for 1/10/2008 10:00 AM.. Signed by Judge Maria-Elena James on 10/1/07. (Attachments: # 1 Judge's Standing Order# 2 Court Standing Order# 3 Consent/Decline Form)(ga, COURT STAFF) (Filed on 10/1/2007) (Entered: 10/04/2007) |
| 10/01/2007 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 10/1/2007) (Entered: 10/04/2007) |
| 10/04/2007 | 5 | REPORT on the filing or determination of an action regarding PATENT INFRINGEMENT (cc: form mailed to register). (ga, COURT STAFF) (Filed on 10/4/2007) (Entered: 10/04/2007) |
| 10/05/2007 | 6 | SUMMONS Returned Executed by Alere Medical, Inc.. Health Hero Network, Inc. served on 10/1/2007, answer due 10/22/2007. (Reardon, Samantha) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/09/2007 | 7 | NOTICE by Health Hero Network, Inc. re 3 Notice (Other) *Notice of Pendency of Other Action or Proceeding Pursuant to Civil L.R. 3-13 (a) and (b) and Statement Opposing Notice Filed by Alere Medical, Inc. Pursuant to Civil L.R. 3-13 (c)* (Shanberg, Stefani) (Filed on 10/9/2007) (Entered: 10/09/2007) |
| 10/09/2007 | 8 | Declination to Proceed Before a U.S. Magistrate Judge by Health Hero Network, Inc. *and Request for Reassignment to a United States District Judge*. (Shanberg, Stefani) (Filed on 10/9/2007) (Entered: 10/09/2007) |
| 10/17/2007 | 9 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bjt, COURT STAFF) (Filed on 10/17/2007) (Entered: 10/17/2007) |
| 10/18/2007 | 10 | ORDER REASSIGNING CASE. Case reassigned to Judge Charles R. Breyer for all further proceedings. Judge Maria-Elena James no longer assigned to the case.. Signed by Executive Committee on 10/18/07. (as, COURT STAFF) (Filed on 10/18/2007) (Entered: 10/18/2007) |

| | | |
|---|---|---|
| 10/19/2007 | 11 | CLERK'S NOTICE Case Management Conference set for 1/11/2008 08:30 AM. (be, COURT STAFF) (Filed on 10/19/2007) (Entered: 10/19/2007) |
| 10/19/2007 | 12 | Reply Memorandum *Alere Medical, Inc.'s Reply to 7 Notice of Pendency of Other Action or Proceeding (Civil L.R. 3-13)* filed byAlere Medical, Inc.. (Reardon, Samantha) (Filed on 10/19/2007) Modified on 10/22/2007 (mcl, COURT STAFF). (Entered: 10/19/2007) |
| 10/19/2007 | 13 | Declaration of Ronald D. Geraty in Support of 12 Reply Memorandum *Declaration of Ronald D. Geraty In Support of Alere Medical, Inc.'s Reply to Notice of Pendency of Other Action or Proceeding (Civil L.R. 3-13)* filed byAlere Medical, Inc.. (Related document(s) 12 ) (Reardon, Samantha) (Filed on 10/19/2007) (Entered: 10/19/2007) |
| 10/19/2007 | 14 | Declaration of Samantha L. Reardon in Support of 12 Reply Memorandum *Declaration of Samantha L. Reardon in Support of Alere Medical, Inc.'s Reply to Notice of Pendency of Other Action or Proceeding (Civil L.R. 3-13)* filed byAlere Medical, Inc.. (Attachments: # 1 Exhibit A)(Related document(s) 12 ) (Reardon, Samantha) (Filed on 10/19/2007) (Entered: 10/19/2007) |
| 10/22/2007 | 15 | NOTICE of Appearance by Michael A. Ladra *Notice of Appearance of Counsel* (Ladra, Michael) (Filed on 10/22/2007) (Entered: 10/22/2007) |
| 11/07/2007 | 16 | SUPPLEMENTAL BRIEFING ORDER re 3 Notice (Other) filed by Alere Medical, Inc.. Signed by Judge Breyer on 11/07/2007. (crblc2, COURT STAFF) (Filed on 11/7/2007) (Entered: 11/07/2007) |
| 11/13/2007 | 17 | *Defendant Health Hero Network, Inc.'s* ANSWER to Complaint with Jury Demand *and*, COUNTERCLAIM against Alere Medical, Inc. byHealth Hero Network, Inc.. (Shanberg, Stefani) (Filed on 11/13/2007) (Entered: 11/13/2007) |
| 11/13/2007 | 18 | Certificate of Interested Entities by Health Hero Network, Inc. *[Health Hero's Certification of Interested Entities or Persons Pursuant to Civl Local Rule 3-16]* (Shanberg, Stefani) (Filed on 11/13/2007) (Entered: 11/13/2007) |
| 11/13/2007 | 19 | Disclosure Statement by Health Hero Network, Inc. *[Health Hero's Statement Pursuant to Federal Rule of Civil Procedure 7.1]* (Shanberg, Stefani) (Filed on 11/13/2007) Modified on 11/14/2007 (mcl, COURT STAFF). (Entered: 11/13/2007) |
| 11/14/2007 | 20 | Supplemental Brief Pursuant to 16 Court Order] filed by Health Hero Network, Inc. (Shanberg, Stefani) (Filed on 11/14/2007) Modified on 11/15/2007 (mcl, COURT STAFF). (Entered: 11/14/2007) |
| 11/14/2007 | 21 | Declaration of Dr. Sandeep Jaggi in Support of 20 Supplemental Brief Pursuant to Court Order filed byHealth Hero Network, Inc. (Related document(s) 20 ) (Shanberg, Stefani) (Filed on 11/14/2007) Modified on 11/15/2007 (mcl, COURT STAFF). (Entered: 11/14/2007) |
| 11/14/2007 | 22 | Declaration of Stefani E. Shanberg in Support of 20 Supplemental Brief |

| | | |
|---|---|---|
| | | Pursuant to Court Order] filed byHealth Hero Network, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit 1-A# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 5-A# 8 Exhibit 5-B# 9 Exhibit 5-C# 10 Exhibit 5-D# 11 Exhibit 5-E# 12 Exhibit 5-F# 13 Exhibit 5-G# 14 Exhibit 6# 15 Exhibit 7)(Related document(s) 20 ) (Shanberg, Stefani) (Filed on 11/14/2007) Modified on 11/15/2007 (mcl, COURT STAFF). (Entered: 11/14/2007) |
| 11/14/2007 | 23 | Brief re 16 Order *Supplemental Brief Opposing Transfer Pursuant To 28 U.S.C. 1404(a)* filed byAlere Medical, Inc.. (Related document(s) 16 ) (Weston, Patrick) (Filed on 11/14/2007) (Entered: 11/14/2007) |
| 11/14/2007 | 24 | Declaration of Ronald D. Geraty in Support of 23 Brief *Opposing Transfer Pursuant to 28 U.S.C. 1404(a)* filed byAlere Medical, Inc.. (Related document(s) 23 ) (Weston, Patrick) (Filed on 11/14/2007) (Entered: 11/14/2007) |
| 11/14/2007 | 25 | Declaration of Patrick T. Weston in Support of 23 Brief *Opposing Transfer Pursuant to 28 U.S.C. 1404(a)* filed byAlere Medical, Inc.. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C# 4 Exhibit Exhibit D# 5 Exhibit Exhibit E# 6 Exhibit Exhibit F# 7 Exhibit Exhibit G# 8 Exhibit Exhibit H# 9 Exhibit Exhibit I# 10 Exhibit Exhibit J)(Related document(s) 23 ) (Weston, Patrick) (Filed on 11/14/2007) (Entered: 11/14/2007) |
| 11/14/2007 | | (Court only) ***Motions terminated: 20 MOTION to Transfer Case *[Health Hero's Supplemental Brief Pursuant to Court Order]* filed by Health Hero Network, Inc. (mcl, COURT STAFF) (Entered: 11/15/2007) |
| 12/03/2007 | 26 | Declaration of Stefani E. Shanberg (Supplemental) *in Support of 20 Supplemental Brief* filed byHealth Hero Network, Inc. (Ladra, Michael) (Filed on 12/3/2007) Modified on 12/4/2007 (mcl, COURT STAFF). (Entered: 12/03/2007) |
| 12/06/2007 | 27 | ANSWER TO COUNTERCLAIM 17 Answer to Complaint, Counterclaim byAlere Medical, Inc.. (Weston, Patrick) (Filed on 12/6/2007) (Entered: 12/06/2007) |
| 12/12/2007 | 28 | ORDER TRANSFERRING CASE.. Signed by Judge Breyer on 12/12/2007. (crblc2, COURT STAFF) (Filed on 12/12/2007) (Entered: 12/12/2007) |
| 12/14/2007 | 29 | Letter from Clerk transferring case to U.S. District Court, Northern District of Illinois. (mcl, COURT STAFF) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 12/14/2007 | | Sent original case file documents, certified copy of docket sheet and transfer order to U.S. District Court, Northern District of Illinois. (mcl, COURT STAFF) (Entered: 12/14/2007) |

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.
Date Filed: 12/12/07
RICHARD W. WIEKING, Clerk
By: _____, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERE MEDICAL, INC, <br> Plaintiff, <br> v. <br> HEALTH HERO NETWORK, INC., <br> Defendant. | No. C 07-05054 CRB <br><br> **ORDER TRANSFERRING VENUE PURSUANT TO 28 U.S.C. § 1404(a)** <br><br> DEC 1 2 2007 <br> ENTERED IN CIVIL DOCKET _____ |

This case involves allegations of patent infringement by Health Hero Network, Inc. ("Health Hero"), a medical equipment provider, against Alere Medical, Inc. ("Alere"), a health services company. In September of 2007, Health Hero filed a patent infringement claim – based on U.S. Patent 7,223,236 ("'236 patent") – against Alere in the United States District Court, Northern District of Illinois. On October 1, 2007, Alere filed this action for declaratory relief in the Northern District of California, seeking to determine its rights to seven patents owned by Health Hero, none of which are directly at issue in the Illinois action.

Defendant Health Hero Network, Inc. now moves this Court to transfer venue to the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a). Section 1404(a) grants district courts the discretion to transfer any civil action to any other district or division where it might have been brought "[f]or the convenience of parties and witnesses, in the interest of justice." The purpose of this section is to "prevent the waste 'of time, energy, and money' and 'to protect litigants, witnesses and the public against unnecessary inconvenience and

1  expense." Van Dusen v. Barrack, 376 U.S. 612, 616 (1964) (quoting Continental Grain Co.
2  v. The Barge FBL-585, 364 U.S. 19, 26-27 (1960)). Because interests of justice and judicial
3  economy favor transfer, defendant's motion is GRANTED.

4      Section § 1404(a) has two requirements: (1) that the district to which the defendants
5  seek to have the action transferred is one in which the action "might have been brought"; and
6  (2) that the transfer be for the convenience of parties and witnesses, and in the interest of
7  justice. Alere does not contest that the Northern District of California would have subject
8  matter of its action pursuant to 28 U.S.C. § 1400(b). Accordingly, the decision to transfer
9  turns on § 1404's second requirement.

10      With respect to the second factor, the interest of justice is the most important
11  consideration. See Amazon.com v. Cendant Corp., 404 F. Supp. 2d 1256, 1261 (W.D. Wash.
12  2005). "Consideration of the interest of justice, which includes judicial economy, may be
13  determinative to a particular transfer motion, even if the convenience of the parties and
14  witnesses might call for a different result." Regents of the University of California v. Eli
15  Lilly & Co., 119 F.3d 1559, 1565 (Fed.Cir. 1997) (internal quotation omitted). In this case,
16  the interest of justice and considerations of judicial economy strongly favor transfer.

17      There is a related action in the Northern District of Illinois that shares common
18  technology and products, common parties, and overlapping issues of infringement and
19  validity. Having all the patents before a single judge will obviate the need for duplicative
20  tutorials and evidence, and will facilitate global settlement. Furthermore, Health Hero has
21  submitted evidence demonstrating that the Northern District of Illinois is less congested than
22  this district, which suggests that the dispute will be more efficiently resolved if transferred.

23      On the other side of the scale, Alere persuasively argues that transfer would not
24  necessarily convenience the parties or witnesses. Many of the likely witnesses – including
25  inventors and prosecuting attorneys of the relevant patents – live in California. Moreover,
26  both companies maintain their principal place of business on the West Coast, Health Hero in
27  California and Alere in Nevada. Thus, it is arguable that transferring this case to Illinois will
28  place certain burdens on the parties and likely witnesses.

However, the pertinent question is not simply whether <u>this</u> action would be more conveniently litigated in Illinois than California, but whether it would be more convenient to litigate the California and Illinois actions separately or in a coordinated fashion. In the Court's opinion, the interest of justice and judicial economy would be promoted by transferring this case to Illinois to prevent duplicative and unnecessary efforts. Accordingly, Health Hero's motion to transfer is GRANTED.

**IT IS SO ORDERED.**

Dated: December 12, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE