**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Alere Medical, Inc.
                          Plaintiff,

v.                                           Case No.: 1:07−cv−07145
                                                 Honorable Amy J. St. Eve

Health Hero Network, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Amy J. St. Eve :All issues having been consolidated under 07 C 5031, the above entitled action is hereby dismissed. All pleadings are to be filed in case 07 C 5031. All pending counsel in the associated case 07 C 7145 is to be linked to the lead case number 07 C 5031. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.